IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,  Case Number: 5:21cr21-TKW/MJF
Plaintiff,

vs.

DIVAD WASHINGTON,
Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Valerie Erwin Prevatte, an attorney in good standing in the United States District Court For The Northern District of Florida, Panama City Division, and hereby notifies the Court of her appearance as Attorney of Record for the Defendant, Divad Washington, in the above-styled cause, and requests that she be provided with the Defendant's copies of all pleadings and/or documents filed in the above-styled cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the United States Attorney's Office by electronic service on this the 25th day of January, 2022.

1

*/s/ Valerie Prevatte*
VALERIE ERWIN PREVATTE
ATTORNEY AT LAW
504 NORTH BAYLEN STREET
PENSACOLA, FLORIDA 32501
(850) 444-7475  vep@prevattelaw.com
FLORIDA BAR NUMBER: 0110401
FOR THE DEFENDANT